ACCEPTED
03-07-00036-CV
3980207
THIRD COURT OF APPEALS
AUSTIN, TEXAS
2/2/2015 10:57:57 AM
JEFFREY D. KYLE
CLERK

LAW OFFICE OF
# ROY O. SMITHERS, P.C.

ROY O. SMITHERS
FAX: (512) 441-7308
rorsmith@yahoo.com

4200 MANCHACA
AUSTIN, TEXAS 78704
(512) 326-8069

RECEIVED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS

2/2/2015 10:57:57 AM

JEFFREY D. KYLE
Clerk

January 30, 2015

Mr. Jeffrey D. Kyle
Clerk, Court of Appeals
Third District of Texas
P.O. Box 12547
Austin, TX 78711-2547

Re:     Court of Appeals Number 03-07-00036-CV; Trail Court Case #279,045
*Appellants, Mohammad Hadi Gharbi, aka M. B. Gharbi and Mike Gharbi*
*Cross Appellant, Majid Hemmasi v. Appellee, Majid Hemmasi; Cross*
*Appellees, Mohammad Hadi Gharbi, aka M. B. Gharbi and Mike Gharbi*

Dear Mr. Kyle:

Please change my address from 3900 Manchaca Road to **4200A Manchaca Road, Austin, Texas 78704.**

Please contact me should you have any questions.

Sincerely,

Roy O. Smithers

ROS:rs/Hemmasi/Gharbi/CtAppeals.ltr

## Certificate of Service

I hereby certify that a true and correct copy of the attached letter changing my address has this __2__ day of February, 2015, been delivered by regular mail to the following:

Attorney for Mr. Gharbi,
Mr. Paul T. Morin
Law Office of Paul T. Morin
503 West 14th Street,
Austin, Texas 78701

Attorney for Mr. Hemmasi,
Mr. J. Bruce Bennett
Cardwell, Hart & Bennett, LLP
807 Brazos Street, Ste. 1001
Austin, Texas 78701

Attorney for Mr. Gharbi,
Mr. Darrell D. Gest
Darrell D. Gest, P.C.
1204 Brentwood Road
Austin, Texas 78722

Roy O. Smithers